LODGED
CLERK, U.S. DISTRICT COURT
2/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KM  DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
2/17/26
CENTRAL DISTRICT OF CALIFORNIA
BY: ev  DEPUTY

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOSEPH S. GUZMAN (Cal. Bar No. 310493)
Assistant United States Attorney
National Security Division
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-2438
     Facsimile: (213) 894-0141
     E-mail:    Joseph.Guzman2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>               v.<br><br>BRYANT NAJERA GONZALEZ,<br><br>          Defendant. | No. 2:26-mj-00861-DUTY<br><br><u>GOVERNMENT'S *EX PARTE* APPLICATION FOR ORDER SEALING COMPLAINT AND RELATED DOCUMENTS; DECLARATION OF JOSEPH S. GUZMAN</u><br><br>**(UNDER SEAL)** |

The government hereby applies <u>ex parte</u> for an order that the complaint and any related documents in the above-titled case (except the arrest warrants for the charged defendants) be kept under seal until (1) the government files a "Report Commencing Criminal Action" in this matter, or (2) the U.S. Attorney's Office notifies the Clerk that the case may be unsealed.

//

//

//

This *ex parte* application is made pursuant to Federal Rule of Criminal Procedure 6(e)(4) and is based on the attached declaration of AUSA Joseph S. Guzman.

Dated: February 17, 2026　　　　Respectfully submitted,

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney

IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division

　　　　/s/
JOSEPH S. GUZMAN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

**DECLARATION OF JOSEPH S. GUZMAN**

I, JOSEPH S. GUZMAN, declare as follows:

1. I am an Assistant United States Attorney in the United States Attorney's Office for the Central District of California. I represent the government in the prosecution of United States v. BRYANT NAJERA GONZALEZ, the complaint for which is being presented to a Magistrate Judge for the Central District of California on February 17, 2026.

2. Defendant has not been taken into custody on the charge contained in the complaint and has not been informed that he is being named as a defendant in the complaint being presented concurrently herewith. The likelihood of apprehending defendant might be jeopardized if the complaint in this case were made publicly available before the defendant is taken into custody on the complaint.

3. Accordingly, the government requests that the complaint and sealed documents in this case (except the arrest warrant) be sealed and remain so until the defendant is taken into custody on the charges contained in the complaint and the government files a "Report Commencing Criminal Action" in this matter, or until such time as the

//
//

1

1  U.S. Attorney's Office notifies the Clerk that the case may be
2  unsealed.
3      I declare under penalty of perjury under the laws of the United
4  States of America that the foregoing is true and correct and that
5  this declaration is executed at Los Angeles, California, on February
6  17, 2026.

                                    */s/ Joseph S. Guzman*
                                    _____
                                    JOSEPH S. GUZMAN