LODGED
CLERK, U.S. DISTRICT COURT
2/17/2026
CENTRAL DISTRICT OF CALIFORNIA
BY: KM DEPUTY

FILED
CLERK, U.S. DISTRICT COURT
2/17/26
CENTRAL DISTRICT OF CALIFORNIA
BY: ev DEPUTY

TODD BLANCHE
Deputy Attorney General
BILAL A. ESSAYLI
First Assistant United States Attorney
IAN V. YANNIELLO
Assistant United States Attorney
Chief, National Security Division
JOSEPH S. GUZMAN (Cal. Bar No. 310493)
Assistant United States Attorney
National Security Division
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2438
    Facsimile: (213) 894-0141
    E-mail:　Joseph.Guzman2@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:26-mj-00861-DUTY |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER SEALING COMPLAINT AND RELATED DOCUMENTS |
| v. | **(UNDER SEAL)** |
| BRYANT NAJERA GONZALEZ, | |
| Defendant. | |

    For good cause shown, IT IS HEREBY ORDERED THAT:

    Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the complaint and any related documents in the above-titled case (except the arrest warrant), the government's sealing application, and this order shall be kept under seal until such time as (1) the government files a "Report Commencing Criminal Action" in this matter, or

//

//

1

1  (2) the U.S. Attorney's Office notifies the Clerk that the case may
2  be unsealed.

   _____2/17/26_____                    _____
   DATE                                 HONORABLE MARGO A. ROCCONI
                                        UNITED STATES MAGISTRATE JUDGE

1 **OR IN CASE OF DENIAL:**
2     The government's application for sealed filing is DENIED.  The
3 sealing application will be filed under seal.  The underlying
4 document(s) shall be returned to the government, without filing of
5 the documents or reflection of the name or nature of the documents on
6 the clerk's public docket.

DATE                                    HONORABLE MARGO A. ROCCONI
                                        UNITED STATES MAGISTRATE JUDGE