Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov    For Los Angeles criminal duty.

CrimIntakeCourtDocs-SA@cacd.uscourts.gov    For Santa Ana criminal duty.

CrimIntakeCourtDocs-RS@cacd.uscourts.gov    For Riverside criminal duty.

**F I L E D**
CLERK, U.S. DISTRICT COURT

2/19/2026

CENTRAL DISTRICT OF CALIFORNIA
BY: ___KM___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | CASE NUMBER: |
| v. | PLAINTIFF | 2:26-mj-00861-DUTY |
| Bryant Najera Gonzalez | | **REPORT COMMENCING CRIMINAL ACTION** |
| USMS# _____ | DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed.  Any area not applicable or unknown should indicate "N/A".

1.  The defendant was arrested in this district on 2/19/2026 at 6:00  ☒ AM ☐ PM

    or

    The defendant was arrested in the Central District of California on 2/19/2026 at 6:05  ☒ AM ☐ PM

2.  The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3.  Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4.  Charges under which defendant has been booked:

    18 U.S.C 2251 (a) (e)

5.  Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6.  Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7.  Year of Birth: ██ 2001

8.  Defendant has retained counsel:  ☒ No

    ☐ Yes  Name: _____  Phone Number: _____

9.  Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Carolyn Thompson  (please print)

12. Office Phone Number: 571-310-9408

13. Agency: FBI

14. Signature: *Carolyn Thompson*

15. Date: 2/19/2026

CR-64 (09/20)                    REPORT COMMENCING CRIMINAL ACTION