**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | | |
|---|---|---|
| PLAINTIFF | | |

☑ LA ☐ RS ☐ SA   DATE FILED: 2/17/2026

CASE NUMBER: 2:26-mj-00861-DUTY   ☐ Under Seal

INIT. APP. DATE: 2/19/2026   TIME: 1:30 PM

CHARGING DOC: Complaint & Warrant

DEFENDANT STATUS: In Custody

☐ PREVIOUSLY CALENDARED HOSPITALIZED DEFENDANT

VIOLATION: 18:2251

COURTSMART/REPORTER: 2/19/2026

v.

Bryant Najera Gonzalez

DEFENDANT.

---

**PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE** Karen L. Stevenson

**CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE**

**PRESENT:** Gay Roberson — *Deputy Clerk*   Joseph Guzman — *Assistant U.S. Attorney*   N/A — *Interpreter / Language*

☐ INITIAL APPEARANCE NOT HELD - CONTINUED

☑ Court issues Order under Fed. R. Crim. P. 5(f) concerning prosecutor's disclosure obligations; see General Order 21-02 (written order).

☑ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and ☑ preliminary hearing OR ☐ removal hearing / Rule 20.

☐ Defendant states true name ☐ is as charged ☐ is ____

☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.

☑ Defendant advised of consequences of false statement in financial affidavit. All financial affidavits must be filed under seal.

☑ Attorney: Brendan Gilligan   ☐ Retd. ☑ Apptd. ☐ Prev. Apptd. ☑ DFPD ☐ Panel ☐ Poss. Contribution

☐ Ordered (see separate order) ☐ Special appearance by: ____ ☐ CJA 1-Day Provisional Appt ____

☑ Government's request for detention is: ☑ GRANTED ☐ DENIED ☐ WITHDRAWN ☐ CONTINUED

☐ Contested detention hearing is held. ☐ Defendant is ordered: ☐ Permanently Detained ☐ Temporarily Detained (see separate order)

☐ BAIL FIXED AT $ ____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)

☐ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☐ GRANTED ☐ DENIED

☐ Preliminary Hearing waived. ☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties

☐ This case is assigned to Magistrate Judge ____. Counsel are directed to contact the clerk for the setting of all further proceedings.

☐ PO/PSA WARRANT ☐ Counsel are directed to contact the clerk for District Judge ____ for the setting of further proceedings.

☑ Preliminary Hearing set for 3/5/2026 at 11:30 A.M. in Los Angeles CTRM 640

☑ Post-Indictment Arraignment set for: 3/10/2026 at 11:30 A.M. in Los Angeles ctrm 640

☐ Government's motion to dismiss case/defendant ____ only: ☐ GRANTED ☐ DENIED

☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED

☐ Defendant executed Waiver of Rights. ☐ Process received.

☐ Court ORDERS defendant Held to Answer to ____ District of ____

☐ Bond to transfer, if bail is posted. Defendant to report on or before ____

☐ Warrant of removal and final commitment to issue. Date issued: ____ By CRD: ____

☐ Warrant of removal and final commitment are ordered stayed until ____

☐ Case continued to (Date) ____ (Time) ____ ☐ AM / ☐ PM

☐ Type of Hearing: ____ Before Judge ____ /Duty Magistrate Judge. Proceedings will be held in the ☐ Duty Courtroom ☐ Judge's Courtroom ____

☑ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.

☑ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.

☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.

☐ Electronic Release Order issued (if issued using Release Book: Release Order No. ____ ).

☑ Other: Complaint may be unsealed.

**RECEIVED:** ☐ PSA ☐ PROBATION ☑ FINANCIAL ☑ CR-10 ☑ READY

Deputy Clerk Initials GR : 10 mins

M-5 (11/25)   CALENDAR/PROCEEDINGS SHEET - LOCAL/OUT-OF-DISTRICT CASE   Page 1 of 1