FILED
CLERK, U.S. DISTRICT COURT

FEB 1 9 2026

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br><br>v.<br><br>Bryant Najera Gonzalez<br><br>DEFENDANT. | CASE NUMBER<br><br>26-MJ-00861-Duty |

**CASE NUMBER**

26-MJ-00861-Duty

**ABSTRACT OF COURT PROCEEDING**

**TO:     UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable_Karen L. Stevenson_____,
☐ United States District Judge   ☒ United States Magistrate Judge, has this date   ☐ ordered   ☒ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
    ☐ forthwith          ☐ as soon as possible          ☐ as requested, at suitable times

☐ Allowed social visits          ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for_medication for his current medical condition._____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated:_February 19, 2026_____          By: _____
                                                              CLERK U.S. DISTRICT COURT
                                                              Gay Roberson
                                                              Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles     ☐ Southern Division-Santa Ana     ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____
_____
_____

_____          _____          _____
        Name (Print)                                Title                              Signature

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)                          ABSTRACT OF COURT PROCEEDING