FILED
CLERK, U.S. DISTRICT COURT

FEB 23 2026

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>Bryant Najera Gonzalez | PLAINTIFF<br><br><br><br>DEFENDANT. | CASE NUMBER<br>26-MJ-00861-Duty<br><br><br>**ABSTRACT OF COURT PROCEEDING** |

**TO:    UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:**

You are hereby notified that the Honorable _Karen L. Stevenson_,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date ☐ ordered ☒ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ _____ social ☐ _____ legal telephone call(s) at prisoner's own expense;
    ☐ forthwith     ☐ as soon as possible     ☐ as requested, at suitable times

☐ Allowed social visits     ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for _medication for his current medical condition._____
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: February 19, 2026                By: _____
                                          CLERK U.S. DISTRICT COURT
                                           Gay R **b** ers on
                                           Deputy Clerk

### RETURN TO CLERK'S OFFICE
☒ Western Division-Los Angeles      ☐ Southern Division-Santa Ana      ☐ Eastern Division-Riverside

This abstract was received on _____2/23/24_____

☒ The aforementioned order(s) were or will be complied with on: _____2/20/26_____

☐ The aforementioned order(s) were not complied with for the following reasons: _____
_____
_____

_C. Ringwood_             _Executive Assistant_             _____
Name (Print)                         Title                             Signature

*cc:* ☒ *MDC,* ☒ *Cell block*

CR-53 (10/22)                          **ABSTRACT OF COURT PROCEEDING**